UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWARD HURST, | ) |
| Plaintiff, | ) ) ) |
| v | ) Case No. 3:07-0195 |
| | ) Judge Echols |
| CSX TRANSPORTATION, INC. | ) ) |
| Defendant. | ) ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Motion for Summary Judgment (Docket Entry No. 55) filed by Defendant CSX Transportation, Inc. is hereby DENIED.

The Final Pretrial Conference will be held on January 26, 2009, as previously scheduled. The trial of this case before a jury will commence on February 24, 2009, also as previously scheduled.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE